IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Crim. No. 1:25cr148 |
| | ) The Hon. Rossie Alston |
| ELIJAH BEHRLE, | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO DISMISS INDICTMENT

Comes now Defendant Elijah Behrle, by counsel, and moves this Court to dismiss the Indictment (Doc 1) for the reason that it nowhere, beyond the caption of the Indictment and that of Count 2, mentions Defendant. As such, the Indictment fails utterly to provide the "plain, concise, and definite written statement of the essential facts constituting the offense charged" required by Fed. R. Crim. P. 7(c)(1).

Respectfully Submitted,

ELIJAH BEHRLE
By Counsel
/s/
John C. Kiyonaga

120 N. Saint Asaph Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 549-2988
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

### Certificate of Electronic Service

I hereby certify that on August 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/
John C. Kiyonaga

1